ZHANG FEN ZHAN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 11–1475.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 21, 2011.

Filed: Oct. 5, 2011.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Zhang Fen Zhan, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by substantial evidence on the record as a whole. *See Makatengkeng v. Gonzales,* 495 F.3d 876, 881 (8th Cir.2007). Accordingly we deny the petition for review.